IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESSIE LONAS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-790-jdp

v.

DANA JOHNSON,

    Defendant.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | 1/20/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |