APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

DOC NO
REC'D/FILED
2017 APR 19 AM 10: 11
PETER OPPENEER
APPEALS DIST COURT

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B., Dessie R. Lonas
    Plaintiff(s),

v. Judge Greisbach et al;

C. D., Dana Johnson
State of Wisconsin
    Defendant(s)

File Number _____

Notice of Appeal 16-cv-780-jdp
16-cv-790-jdp
16-cv-791-jdp

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the
___Western___ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _14_ day of _April_, _2017_

(s) _Dessie Lonas_
Attorney for _____
Address: _____

*See Rule 3(c) for permissible ways of identifying appellants.

Judges,

After several attempts to the 7th Circuit and this Court, I was finally put on the right to be able to appeal these decision. I just was not able to get an directed anserw to the question as to why no one was telling me if they had received notice to appeal at 7th Circuit. Remember my mail is being intercepted and destroyed. A package later will show you this evidence as a motion will come next.

Note: Judge Dpeneer

I am sending a package once this has been received. In that package a peice of evidence will come to show you that 99.99 percent of my legal mail is being taken. So that I cannot inter the state courts with evidence etc.

I also will have to file this appeal like I filed the cases without the filing fees etc. I know you understand what I am saying. This I belive could of been done sooner if known how. And then I had to find a way to get to law library for form. This library is something that we cannot tell when open. Closed 85% of time.

Thank you.

[signature]

Dessie R. Lonas #194811
Oshkosh Correction Institution
P.O. Box 3310
Oshkosh, WI.
54903-3310



MILWAUKEE WI 530
17 APR 2017 PM 5 L

FOREVER USA
Bank Swallow

Office of the Clerk
United States District Court Western District
120 North Henery, Rm 320
Madison, WI. 53703

Note:
As one case please
not 3

53703-430499

This letter has been mailed from the
**WISCONSIN PRISON SYSTEM**



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2012